UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN WILLIAMS ) | |
| ) | Case Number: 10-1476 |
| Plaintiff ) | |
| vs. ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 29th day of September, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*
    Bruce K. Warren, Esquire
    Attorney for Plaintiff

Richard A. Kessler & Associates

BY: /s/ *Richard A. Kessler*
    Richard A. Kessler, Esquire
    Attorney for Defendant